**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  HOANG KIM LY,

    Defendant.

---

### MINUTE ORDER[1]

---

On Friday, March 25, 2011, the court conducted a setting conference with counsel in chambers to reset the sentencing date in this matter.  After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1.  That on **June 10, 2011**, commencing at 2:30 p.m., the court shall conduct the sentencing hearing in this matter; and

2.  That the telephonic setting conference set for March 28, 2011, is **VACATED**.

Dated:  March 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.